1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

10  JEFFREY ROARK,                              )
                                                )
11                         Plaintiff,           )        Case No. 2:07-cv-00976-RLH-GWF
                                                )
12  vs.                                         )        **FINDINGS AND**
                                                )        **RECOMMENDATIONS**
13  CLARK COUNTY DETENTION CENTER,              )
                                                )
14                         Defendant.           )
    _____)
15

16          On January 18, 2008, Plaintiff submitted an Application to Proceed *In Forma Pauperis* (#3).

17  However, the Court was unable to determine whether Plaintiff could proceed *in forma pauperis* as a

18  result of Plaintiff not submitting a completed financial certificate.  On November 5, 2007, the Court

19  issued Order (#6), which directed Plaintiff to either pay the appropriate filing fee of $350.00, or submit

20  a completed application and affidavit in support of his request to proceed *in forma pauperis*.

21  Furthermore, the Court directed Plaintiff to submit a completed and signed application within thirty

22  (30) days from the date Order (#3) was entered.  To date, Plaintiff has not complied with Court Order

23  (#3) within the allotted time period, and the time allowed has expired.  Accordingly,

24          **IT IS HEREBY RECOMMENDED** that the Complaint should be **dismissed** without

25  prejudice based on Plaintiff's failure to submit a completed and signed Application to Proceed *In*

26  *Forma Pauperis.*

27  ...

28  ...

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 3rd day of March, 2008.

_George Foley Jr._

**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**