UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JEFFREY ROARK, | ) | |
| Plaintiff(s), | ) | 2:07-CV-0976-RLH-GWF |
| vs. | ) | **O R D E R** |
| CLARK COUNTY DETENTION CENTER, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge George W. Foley (#7, filed March 3, 2008), entered by the Honorable George W. Foley regarding Plaintiff's failure to pay the appropriate filing fee of $350.00 or submit a completed application and affidavit in support of a request to proceed *in forma pauperis*. No objection was filed to Magistrate Judge Foley's Findings and Recommendations, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

/ / / /

/ / / /

/ / / /

1

1       IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and
Recommendations (#7) is  AFFIRMED and adopted, and the case is dismissed without prejudice.

Dated: March 25, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**